FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Jason Andrew Jager / Betsy L Jager**    Case No.
Debtor(s)    Chapter **13**

### CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Jason Andrew Jager** | S.S.# | **xxx-xx-6233** |
| | (W) **Betsy L Jager** | S.S.# | **xxx-xx-1335** |
| ADDRESS: | **14 Beech Bluff Loop** | | |
| | **Beech Bluff, TN 38313** | | |

PLAN PAYMENT: Debtor(s) to pay $ **330.00** (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION: **YES** OR ( ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:
PLACE OF EMPLOYMENT: **Jackson Telecasters**    Spouse's Employer: **Family Christian School**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | $ **-NONE-** |
| | Child support arrearage amount | | $ |
| PRIORITY CREDITORS: | **-NONE-** | | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**First South Bank**    Ongoing pmt. Begin    $ **DDA**
Approx. arrearage **0.00**    Interest **0.00** %    $ **CURRENT**

SECURED CREDITORS;    VALUE    RATE OF    MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})    COLLATERAL    INTEREST    PLAN PMT.

| | | | |
|---|---|---|---|
| **Jackson Credit** | $ **2,200.00** | **10.00** % | $ **72.00** |
| **Leaders Credit Union** | $ **13,000.00** | **8.00** % | $ **410.00** |
| **Royal Furniture Company** | $ **2,800.00** | **10.00** % | $ **93.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Amount to be determined by the Trustee.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$21,087.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **36** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

DEBTOR'S ATTORNEY:    **RICHARD H. WALKER 014166**
**WALKER LAW OFFICE**
**P.O. BOX 530**
**80 SOUTH MAIN STREET, SUITE A**
**LEXINGTON, TN 38351**
**731-968-3356 Fax:731-968-3350**